## Commonwealth *v.* Johns, Appellant.

Before ROSENBERG, J., without a jury.

Submitted June 16, 1975. *Elaine DeMasse* and *John W. Packel,* Assistant Defenders, and *Benjamin Lerner,* Defender, for appellant; *Arnold L. New, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed.

SPAETH, J., dissents for the reasons given in his dissenting opinion in *Commonwealth v. Favors,* 227 Pa. Superior Ct. 120, 125-133, 323 A.2d 85, 88-92 (1974).

## Commonwealth *v.* Johnson, Appellant.

Before DOTY, J.

Argued December 10, 1975. *Steven M. Dranoff,* with him *Dranoff & Shaw,* for appellant; *Mark Sendrow,* Assistant District Attorney, with him *Steven H. Goldblatt,* Assistant District Attorney, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Jones, Appellant.

Before JENKINS, J., without a jury.